United States District Court
Southern District of Texas
**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LARECYA S. DUNN,<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO<br>4:22-cv-00789 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| KILOLO KIJAKAZI,<br>Defendant. | §<br>§<br>§ | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff LaRecya S. Dunn filed this action seeking review of a decision by Defendant Kilolo Kijakazi, Commissioner of the Social Security Administration denying her request for disability insurance. Dkt 1. The parties filed cross-motions for summary judgment. Dkts 21 & 22.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated July 24, 2023. Dkt 23. She recommends that the motion by the Commissioner be granted and that the motion by Dunn be denied. No party filed objections.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 23.

The motion by Plaintiff LaRecya S. Dunn for summary judgment is denied. Dkt 21.

The motion by Defendant Commissioner of the Social Security Administration for summary judgment is GRANTED. Dkt 22.

The final decision of the Commissioner is AFFIRMED. A final judgment will issue by separate order.

SO ORDERED.

Signed on August 18, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge